**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| **DEREK MORTLAND,** | ) | **CASE NO. 1:22-CV-366** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE HOLLY A. BRADY** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **RADHE HOSPITALITY LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AFTER ENTRY OF DEFAULT**
**AND APPLICATION FOR ATTORNEY FEES, COSTS, EXPERT FEES AND**
**LITIGATION EXPENSES**

NOW COMES, Plaintiff, DEREK MORTLAND, pursuant to the provisions of Rule 55(b)(2) of the Federal Rules of Civil Procedure, by and through undersigned counsel, who hereby files this Motion for Default Judgment after entry of default and further seeks an award of Plaintiff's incurred attorney fees, costs, litigation expenses and expert fees; and injunctive relief, as delineated herein. In support of this motion, Plaintiff states as follows:

1. Plaintiff filed his Complaint against Defendant Radhe Hospitality LLC, for denial of access by a public accommodation in violation of the Americans with Disability Act and Indiana civil rights law, on October 17, 2022 (See Doc. No. 1);

2. On November 10, 2022, service was perfected via UPS with Proof of Delivery upon Defendant's appointed Registered Agent, Mihir Patel, who is located at 5005 Lincolnway E, Suite-A, Mishawaka, IN 46544 (See Doc. No. 3);

3. An Answer or other responsive pleading was due December 2, 2022;

1

4.  Pursuant to Federal Rule of Civil Procedure 55(a) ("FRCP 55(a)"), on January 2, 2023, Plaintiff requested that the Clerk of Courts enter default due to Defendant's failure to respond to the Complaint (See Doc. No. 4);

5.  On January 3, 2023, thereby, the Clerk of Courts entered an entry of default on the docket in accordance with FRCP 55(a), whereby to date, Defendant has failed to file any response to the Complaint or to the Clerk's Entry of Default (See Doc. No. 5);

6.  Presently, Plaintiff now moves for a default judgment after entry of default and prays for the relief requested in the following Memorandum in Support to this Motion, which is incorporated herein by reference.

**BLAKEMORE, MEEKER & BOWLER CO., L.P.A.**

**/s/ *Colin G. Meeker***
**COLIN G. MEEKER (Ohio #0092980)**
**495 Portage Lakes Dr.**
**Akron, OH 44319**
**O: (330) 253-3337**
**F: (330) 253-4131**
**C: (330) 603-7173**
**cgm@bmblaw.com**

**Attorney for Plaintiff, DEREK MORTLAND**

2

## CERTIFICATE OF SERVICE

I certify that on the 31st day of January, 2023, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system. A copy has also been sent via U.S. Mail, to the following at the address listed below:

Radhe Hospitality LLC
c/o Mihir Patel, Registered Agent
5005 Lincolnway E, Suite-A
Mishawaka, IN 46544

/s/ *Colin G. Meeker*
**COLIN G. MEEKER (Ohio #0092980)**