## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| **DEREK MORTLAND,** | ) | **CASE NO. 1:22-CV-366** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE HOLLY A. BRADY** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **RADHE HOSPITALITY LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### AFFIDAVIT OF DEREK MORTLAND

**BEFORE ME,** the undersigned authority, personally appeared Derek Mortland, who, upon first being duly sworn, deposes and says:

1. I incorporate this Affidavit in full herein by reference as part of Plaintiff's Motion for Default Judgment. I incorporate this Affidavit as Plaintiff's Exhibit 1.

2. I am the Plaintiff in the above-captioned proceeding and am a "disabled" person, in that I am a paraplegic and permanently use a wheelchair for mobility, as I have difficulty standing or walking.

3. I visited the Defendant's property from April 19, 2021 through April 20, 2021 in order to obtain lodging. A copy of my receipt has been included along with this Affidavit as Exhibit 1-A, which is incorporated herein by reference.

4. I reside at 369 Wetmore Rd., Columbus, OH 43214.

5. I have a definite plan to return to Defendant's Comfort Suites in Auburn, Indiana. I frequently travel to the area to visit the Auburn Cord Dusenburg Museum https://automobilemuseum.org/ and the National Auto & Truck Museum https://natmus.org/. My wife is a social studies teacher and we will be returning to the

1

area to also visit the Draft Animal Museum and the Early Ford V-8 Foundation Museum. Upon my return to Auburn, Indiana in 2023, I would like to visit the hotel again to avail myself of the services available at the property. Second, I wish to assure myself that the property is in compliance with the ADA so that myself and other similarly situated will have full and equal enjoyment of the property without fear of discrimination. I will return to the property on an annual basis, beginning in 2023, to ascertain whether certain barriers to access have been removed. I would like to return but for Defendant's non-compliance.

6. During my 2021 visit at Defendant's property, I experienced, observed, and encountered numerous ADA violations and barriers to access, which are set forth in my Complaint and Site Accessibility Evaluation, and these barriers prevented me from complete enjoyment and access of Defendant's hotel, a place of public accommodation, to my detriment.

7. I make this Affidavit upon my own personal knowledge and experience. The barriers to access as stated in my Complaint and Site Accessibility Survey at Defendant's business not only inhibited my visit and personal enjoyment of the Defendant's property, but these barriers also threatened my safety and caused me injury. Each time I was forced to traverse over a barrier, I put tremendous strain on my body, including my muscles and joints.

8. Furthermore, I am the President of Advanced Access, LLC, a consulting company specializing in accessibility and barrier removal.

2

9.  Acting as my own expert in this case in the field of accessibility, I am familiar with the aspects and happenings of this action regarding the barriers to access existing at Defendant's property.

10. I performed a pre-litigation inspection of the Defendant's property and therein observed, photographed, and measured architectural structures in violation of the Americans With Disabilities Act, 42 U.S.C. 12181, *et seq*.

11. The specifics regarding each barrier are enumerated in full in Affiant's Site Accessibility Evaluation, included in Plaintiff's Motion for Default Judgment as Exhibit 3, which is incorporated herein by reference.

12. Also incorporated herein by reference is my Curriculum Vitae, included in Plaintiff's Motion for Default Judgment as Exhibit 4, as well as one invoice from Advanced Access, LLC, included in Plaintiff's Motion for Default Judgment as Exhibit 5.

13. The Americans with Disability Act of 1990 prohibits discrimination based on disability by public accommodation and commercial facilities to be designed, constructed, and altered in compliance with the Accessibility Standards established in the Act. This facility does not meet with all of these standards.

FURTHER AFFIANT SAYETH NAUGHT.

Derek Mortland

Derek Mortland

3

STATE OF OHIO                )
                                       ) SS
FRANKLIN COUNTY       )

SWORN TO and SUBSCRIBED before me this 31st day of January 2023, by Derek

Mortland who is personally known to me and who did take an oath.

_____

Notary Public, State of Ohio

My Stamp:

COLIN G. MEEKER, Attorney-At-Law
Notary Public - State of Ohio
My Commission has no expiration date
Sec. 147.03 R.C.

4