AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

DEREK MORTLAND
    Plaintiff

v.                                    Civil Action No. 1:22-cv-366

RADHE HOSPITALITY LLC
    Defendant

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____%, plus post-judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

**X** Other:   JUDGMENT IS ENTERED as outlined in order dated June 20, 2023, for permanent injunctive relief.

This action was (*check one*):

☐ tried to a jury with _____

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by  Judge Holly A Brady

DATE:      6/28/2023                    CHANDA J. BERTA, CLERK OF COURT

                                        by     /s/ S. Kowalsky
                                        *Signature of Clerk or Deputy Clerk*